# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON ___12/2/2015___
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  7:11-CR-19-1BO |
| John D. Baker | ) | USM No:  55504-056 |
| | ) | |
| Date of Original Judgment: August 19, 2011 | ) | |
| Date of Previous Amended Judgment: | ) | Sherri R. Alspaugh |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑DENIED.    ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The marijuana equivalency involved is greater than 90,000 kilograms.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated August 19, 2011, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  __12-2·15__                    _Terrence W. Boyle_
                                              *Judge's signature*

Effective Date: _____        Terrence W. Boyle, U.S. District Judge
             *(if different from order date)*        *Printed name and title*

EDNC Rev. 11/8/2011